TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (202) 532-5994
paul.turcke@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VOICE OF THE ARCTIC IÑUPIAT,<br><br>　　　　Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00136-SLG |
| CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　Plaintiff,<br>v.<br><br>DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00142-SLG |
| NORTH SLOPE EXPLORATION, LLC AND NORTH SLOPE ENERGY, LLC,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 3:24-cv-00143-SLG |

| | |
|---|---|
| STATE OF ALASKA,<br><br>        Plaintiff,<br>  and<br><br>ALASKA OIL AND GAS ASSOCIATION,<br><br>        Intervenor-Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00144-SLG |
| NORTH SLOPE BOROUGH,<br><br>        Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00145-SLG |

**DEFENDANTS' NOTICE OF FILING THE ADMINISTRATIVE RECORD FOR THE NATIONAL PETROLEUM RESERVE IN ALASKA FINAL RULE**

Defendants Bureau of Land Management, et al., hereby provide notice of conventionally filing the Administrative Record on electronic media for the Final Rule titled "Management and Protection of the National Petroleum Reserve in Alaska" challenged in each of the above-captioned cases. This filing complies with the Court's scheduling order in each case and Local Civil Rule 16.3(b). Exhibit 1 filed herewith is a declaration certifying the contents of the Administrative Record. Exhibit 2 filed herewith is the Administrative Record index. Defendants are conventionally filing the Administrative Record on electronic media by overnight delivery to the Clerk's Office. Copies of the Administrative Record on electronic media are being contemporaneously

served on all parties' counsel.

Respectfully submitted,

DATED: October 24, 2024.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

JOSHUA HANSON
LINDSAY CRONIN
Office of the Solicitor
United States Department of the Interior

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke